SCWC-11-0000335

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

RICKY L. WAIOLAMA and JAN WAIOLAMA,
Petitioners/Plaintiffs-Appellants,

vs.

STATE OF HAWAI'I; ERNEST G. DARISAY,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000335; CIVIL NO. 09-1-0679)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants Ricky L. Waiolama and Jan Waiolama's Application for Writ of Certiorari filed on August 31, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, October 10, 2014.

Ronald Albu
for petitioners

Mark M. Nomura and
Caron M. Inagaki
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

